# United States District Court
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No.  4:06cr190 |
| | § | (Judge Schneider/Judge Bush |
| ANTHONY DAVID TEAGUE | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration.  The Court has received the report of the United States Magistrate Judge pursuant to its order.

Having received the report of the United States Magistrate Judge, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.  It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court.  It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED.**  It is finally

1

**ORDERED** that Defendant be committed to the custody of the Bureau of

Prisons to be imprisoned for a period of eight (8) months with no supervised release

to follow.

**SIGNED this 31st day of October, 2006.**


MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE